UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEHMAN BROTHERS HOLDINGS, INC.,

        Plaintiff,

Case No. 10-CV-727

v.

FAIRWAY INDEPENDENT MORTGAGE
CORPORATION,

        Defendant.

---

## VOLUNTARY DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), upon a settlement of claims before an appearance by the Defendant, Plaintiff Lehman Brothers Holdings Inc. hereby voluntarily dismisses this action with prejudice.

DATED: March 15, 2011.        REILLY POZNER LLP

By: *s/Anthony L. Giacomini*
    Anthony L. Giacomini
    1900 16th Street, Suite 1700
    Denver, Colorado 80202
    Phone: 303-893-6100
    Fax:    303-893-6110
    Email: agiacomini@rplaw.com

***Counsel for Plaintiff Lehman Brothers Holdings, Inc.***

514728